UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Richard Childress  }  **Case No: 17-02481-DSC13**
 SSN: XXX-XX-8352  }
  DEBTOR(S).  }
  }
  }

**ORDER GRANTING**

This matter came before the Court on Tuesday, February 13, 2018 10:00 AM, for a hearing on the following:

   RE: Doc #24; Motion for Relief from Stay Filed by W. Alan Duke, Jr., Attorney for Melissa Marie Glass and Samantha Nicole Sanders

Proper notice of the hearing was given and appearances were made by the following:

   W. Alan Duke, Jr., attorney for Melissa Marie Glass and Samantha Nicole Sanders
   Chadwick A. Cotant, attorney for Debtor
   Mary Frances Fallaw, staff attorney for the Chapter 13 Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings and there being no objection by the Trustee or the Debtor, the Motion is granted to allow the Movant to pursue its remedies in state court as to the insurance coverage and proceeds only. However, this Order does not permit the Movant to attempt any recovery or collection of damages from the Debtor personally or from the assets of the estate.

Dated: 02/21/2018

/s/ D. SIMS CRAWFORD
D. SIMS CRAWFORD
United States Bankruptcy Judge